1  JOHN B. SHOOK, ESQ.
   Nevada Bar No. 5499
2  EMILY K. CUNNINGHAM, ESQ.
   Nevada Bar No. 14696
3  SHOOK & STONE, CHTD.
4  710 South 4th Street
   Las Vegas, NV  89101
5  Office: (702) 385-2220

6                    **UNITED STATES DISTRICT COURT**
                            **DISTRICT OF NEVADA**
7

8  LAURA KOHRS,                              Case No.: 2:24-cv02244-JAD-NJK

9              Plaintiff,

10 vs.                                       GRANTING
                                             **MOTION TO REMOVE ATTORNEY**
11                                           **FROM ELECTRONIC SERVICE**
   SMITH'S FOOD & DRUG CENTERS, INC.,
12 an Ohio Corporation; DOES I through X,
   inclusive; and ROE BUSINESS ENTITIES XI
13 through XX, inclusive,

14             Defendants.

15

16     PLEASE TAKE NOTICE that MARK ROUSE, ESQ., is no longer associated with the law

17 firm of SHOOK & STONE, CHTD. Please remove his name from the above-entitled matter.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27
                                             1
28

1 | JOHN B. SHOOK, ESQ. with the law firm SHOOK & STONE, CHTD. will continue to represent Plaintiff LAURA KOHRS, in this matter.

DATED this 25th day of April, 2025.

                                      ***SHOOK & STONE, CHTD.***

                                      */s/ John Shook, Esq.*

                                      _____
JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
EMILY K. CUNNINGHAM, ESQ.
Nevada Bar No. 14696
SHOOK & STONE, CHTD.
710 South 4th Street
Las Vegas, NV  89101

IT IS SO ORDERED.                                Nancy J. Koppe
Dated: April 28, 2025                            United States Magistrate Judge