# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA KOHRS,<br>    Plaintiff,<br>v.<br>SMITH'S FOOD & DRUG CENTERS, INC.,<br>    Defendant. | Case No. 2:24-cv-02244-JAD-NJK<br>**Order**<br>[Docket No. 18] |

Pending before the Court is Plaintiff's motion for leave to amend her complaint. Docket No. 18. Defendant filed a response. Docket No. 21. Plaintiff filed a reply. Docket No. 22. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

Plaintiff sues Defendant for personal injuries, alleging that she was injured when she tripped and fell in Defendant's parking lot. Docket No. 18 at 2. Originally filed in state court, the case was removed to federal court based on diversity jurisdiction. Docket No. 1 at 1. Plaintiff seeks to amend the complaint to name Jason Sonnenburg, Phillis Salazar, and Kim Doe as the employees "responsible for maintaining the lighting and pavement of the subject parking lot." Docket No. 18 at 2. Such amendment would destroy the diversity jurisdiction of this Court. *See* Docket No. 18-1 at 3.

When a plaintiff seeks post-removal to add a non-diverse defendant, the proper analysis is not under Fed. R. Civ. P. 15(a), but under Fed. R. Civ. P. 19, 20 and 28 U.S.C. 1447(e). *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 689 (9th Cir. 1998). Plaintiff does not supply this Court with an analysis under these applicable standards. *See* Docket No. 18.

Accordingly, the Court **DENIES** Plaintiff's motion for leave to amend her complaint without prejudice. Docket No. 18.

IT IS SO ORDERED.

Dated: June 9, 2025

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge

1