# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA KOHRS,<br>    Plaintiff,<br>v.<br>SMITH'S FOOD AND DRUG CENTERS, INC.,<br>    Defendant. | Case No. 2:24-cv-02244-JAD-NJK<br>**Order**<br>[Docket No. 37] |

Pending before the Court is the parties' stipulation regarding discovery disputes in response to this Court's order. Docket No. 37.

Plaintiff filed a motion to compel. Docket No. 27. On October 15, 2025, the Court denied the motion without prejudice and ordered the parties to reengage in conferral efforts, and bring any renewed motion practice by October 29, 2025. Docket No. 36. Further, the Court explained that "[a]ny renewed briefing—by both parties—must also be structured so that meaningful discussion supported by legal authority is presented as to each argument being presented for resolution." *Id.* at 5.

The parties now submit that they have reached an impasse regarding various discovery disputes, and "seek this Court's guidance on next steps." Docket No. 37 at 13. The parties also submit that "Plaintiff will file a renewed motion to compel by the October 29, 2025 deadline set in the Court's Order." *Id.* at 13 n.2.

The Court cannot discern why the parties filed this stipulation. To the extent the stipulation seeks legal advice, however, the Court will not provide it. Accordingly, the stipulation is **DENIED**. Docket No. 37.

IT IS SO ORDERED.

Dated: October 28, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge