JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA KOHRS,<br><br>                    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., an Ohio Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-02244-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 55 |

**WHEREAS** all Parties and their respective counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Pooja Kumar, Esq. of the law firm of COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and John Shook, Esq. of the law firm of SHOOK & STONE, CHTD. as counsel of record for Plaintiff LAURA KOHRS as follows:

    1.    That the claims herein of Plaintiff LAURA KOHRS against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

NG-C2N3CBX6 4925-6181-0864.1

2. That there is no trial date set for this matter.

**IT IS SO STIPULATED.**

DATED this 10th day of July, 2026.            DATED this 10th day of July, 2026.

**SHOOK & STONE, CHTD.**                       **COOPER LEVENSON, P.A.**

_____          _____
JOHN B. SHOOK, ESQ.                            JERRY S. BUSBY, ESQ.
Nevada Bar No. 05499                           Nevada Bar No. 01107
710 South 4th Street                           POOJA KUMAR, ESQ.
Las Vegas, Nevada 89101                        Nevada Bar No. 12988
(702) 385-2220                                 3016 West Charleston Boulevard, Suite 195
Attorneys for Plaintiff                        Las Vegas, Nevada 89102
Laura Kohrs                                    (702) 366-1125
                                               Attorneys for Defendant
                                               Smith's Food & Drug Centers, Inc.

## ORDER

Based on the parties' stipulation **[ECF No. 55]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 13, 2026

2